UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
JN CONTEMPORARY ART LLC,              :
                                      :
                    Plaintiff,        :        20cv4370 (DLC)
                                      :
          -v-                         :        ORDER
                                      :
PHILLIPS AUCTIONEERS LLC,             :
                                      :
                    Defendant.        :
                                      :
--------------------------------------X

DENISE COTE, District Judge:

On July 7, 2020, defendant filed a motion to dismiss the first amended complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  Accordingly, it is hereby

ORDERED that plaintiff shall file any second amended complaint ("SAC") by **July 31, 2020**.  It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no SAC is filed, plaintiff shall file any opposition to the motion to dismiss by **July 31, 2020**.  Defendant's reply, if any, shall be filed by **August 14**.

IT IS FURTHER ORDERED that, pursuant to Rule 4(C) of the Court's Individual Rules of Practice in Civil Cases, the plaintiff shall file on ECF, by **July 31, 2020**, a letter no

longer than two pages explaining the basis for its belief that

diversity of citizenship exists.

     SO ORDERED:

Dated:    New York, New York
             July 8, 2020

                              _____
                                  DENISE COTE
                  United States District Judge