```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 JN CONTEMPORARY ART LLC,               :
                                        :
                      Plaintiff,        :     20cv4370 (DLC)
           -v-                          :
                                        :          ORDER
 PHILLIPS AUCTIONEERS LLC,              :
                                        :
                      Defendant.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On July 7, 2020, the defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P.  On July 31, the plaintiff filed a second amended complaint ("SAC"). Accordingly, it is hereby

ORDERED that the defendant's July 7 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendant shall respond to the SAC by **August 28, 2020**.  If the defendant renews its motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **September 18**.  Defendant shall file any reply

by **October 2.**

SO ORDERED:

Dated:    New York, New York
         August 3, 2020

                                          _____
                                          DENISE COTE
                                          United States District Judge