```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
JN CONTEMPORARY ART LLC,                  :
                                          :
                      Plaintiff,          :       20cv4370 (DLC)
         -v-                              :
                                          :            ORDER
PHILLIPS AUCTIONEERS LLC,                 :
                                          :
                      Defendant.          :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On December 9, 2020, counsel for the defendant submitted a letter pursuant to Rule 3.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days. The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:    New York, New York
          December 14, 2020

```
                              _____
                                       DENISE COTE
                              United States District Judge
```