**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JN CONTEMPORARY ART LLC,

                    Plaintiff,

      -against-                          20 **CIVIL** 4370 (DLC)

                                                  **JUDGMENT**

PHILLIPS AUCTIONEERS LLC,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated December 16, 2020, Phillips' August 28 motion to dismiss this action is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            December 17, 2020

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                               Clerk of Court
                                       **BY:**
                                                               _____
                                                                 Deputy Clerk