**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7228**

WRITER'S EMAIL ADDRESS
lukenikas@quinnemanuel.com

December 30, 2020

**VIA ECF**

MEMO ENDORSED

Hon. Denise L. Cote
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

**Re:** *JN Contemporary Art LLC v. Phillips Auctioneers LLC*, Case No. 1:20-cv-04370-DLC

Dear Judge Cote:

    I write on behalf of Phillips Auctioneers LLC ("Phillips"). In accordance with Rule 1(E) of Your Honor's Individual Practices and in light of the Christmas holiday and run-up to New Years, Phillips respectfully requests a two-week extension to file an application for attorneys' fees and costs under Federal Rules of Civil Procedure 54 and 68, and S.D.N.Y. Local Civil Rule 54.1(c)(7), which would otherwise be due tomorrow, December 31, 2020. Specifically, Phillips requests that it have until January 14, 2021 to file such an application. Plaintiff has no objection to this request.

    Phillips has not previously requested an adjournment or extension of time with respect to this or any other submission in this matter. In addition, given that the Court's December 16, 2020 Order granted Phillips' Motion to Dismiss the Second Amended Complaint in its entirety and closed this case, Dkt. 75, this request will not affect any other scheduled dates for this matter.

Respectfully submitted,

*/s/ Luke Nikas*

Luke Nikas

Granted.  12.31.20

_____
DENISE COTE
United States District Judge

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART