UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JN CONTEMPORARY ART LLC,

PLAINTIFF,

-AGAINST-

PHILLIPS AUCTIONEERS LLC,

DEFENDANT.



CASE NO.: 1:20-cv-04370-DLC

**PHILLIPS AUCTIONEERS LLC'S NOTICE OF
WITHDRAWAL OF MOTION FOR RECOVERY OF ATTORNEYS' FEES AND COSTS**

PLEASE TAKE NOTICE that Defendant hereby withdraws its motion for recovery of attorneys' fees and costs (ECF Nos. 81-83).

Dated: February 9, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

BY:  /s/ Luke Nikas
         Luke Nikas

Luke Nikas
Maaren A. Shah
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
lukenikas@quinnemanuel.com
maarenshah@quinnemanuel.com

*Attorneys for Phillips Auctioneers LLC*

```
SO ORDERED.  The motion
is terminated.
Dated: February 10, 2021
```

_____
DENISE COTE
United States District Judge